UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1793

KAREN SUE CONNER,

Plaintiff - Appellant,

versus

BARBOUR COUNTY BOARD OF EDUCATION; WILLIAM E.
PHILLIPS; CHARLES ZINN; F. EDWARD LARRY,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  Robert Earl Maxwell, Senior
District Judge.  (CA-97-94-2)

Submitted:  September 30, 1999      Decided:  October 6, 1999

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Karen Sue Conner, Appellant Pro Se.  Richard Michael Yurko, Jr.,
STEPTOE & JOHNSON, Clarksburg, West Virginia; Rodney Lloyd Bean,
STEPTOE & JOHNSON, Morgantown, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Karen Sue Conner appeals the district court's order dismissing her Title VII complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Conner v. Barbour County Board of Educ., No. CA-97-94-2 (N.D.W. Va. May 17, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED